UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO TORRES OCHOA, ) | |
| Plaintiff, ) | |
| ) | 3:12-cv-00180-LRH-WGC |
| vs. ) | |
| ) | **ORDER** |
| SCHOFIELD, *et al.*, ) | |
| Defendants. ) | |

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983, a financial certificate, and an inmate account statement.

Although plaintiff has submitted a financial certificate and an inmate account statement in support of an application to proceed *in forma pauperis*, plaintiff has not submitted the actual application to proceed *in forma pauperis*. Plaintiff must complete the first three pages of the court-approved form for an application to proceed *in forma pauperis*. Plaintiff will be granted an opportunity to submit the required pages.

**IT IS THEREFORE ORDERED** that plaintiff shall, within **thirty (30) days** from the date of entry of this order, file pages one through three of an application to proceed *in forma pauperis*, on

the form required by this court.

**IT IS FURTHER ORDERED** that if plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that the clerk shall **SEND** plaintiff the approved form for an application to proceed *in forma pauperis* and instructions for the same.

**IT IS FURTHER ORDERED** that the clerk shall retain the civil rights complaint, but shall not file it at this time.

Dated this 1st day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE